UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ERIKA G. GOULD,

    **Plaintiff,**

v.

    Case No: 6:19-cv-294-Orl-18GJK

COMMISSIONER OF SOCIAL
SECURITY,

    **Defendant.**

## ORDER

THIS CAUSE comes for consideration on Plaintiff Erika G. Gould's appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying her application for Disability Insurance Benefits ("DIB") after proceedings before an Administrative Law Judge ("ALJ").[1] (*See* Doc. 1 at 2.) On December 23, 2019, the United States Magistrate Judge issued a Report and Recommendation (the "Report and Recommendation") recommending that the Commissioner's decision be affirmed (Doc. 20), to which Plaintiff timely filed objections (Doc. 21).

The ALJ's findings are supported by substantial evidence, and the ALJ applied the proper legal analysis to Plaintiff's disability claims. After *de novo* review of the portions of the Report and Recommendation (Doc. 20) to which Plaintiff objected, it is hereby **ORDERED** and **ADJUDGED** as follows:

---

[1] The Commissioner filed a certified copy of the record before the Social Security Administration. (*See* Doc. 12.)

1. United States Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 20) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. The Commissioner's final decision in this case is **AFFIRMED** under sentence four of 42 U.S.C. § 405(g). The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida on this _12_ day of February, 2020.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Plaintiff Erika G. Gould